BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

SEALED

FILED
MAR 02 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

THE MATTER OF THE SEARCH OF
GOOGLE ACCOUNTS

CASE NO. 2:16-SW-0124 EFB

[PROPOSED] ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

**UNDER SEAL**

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED for one year from the date of the Court's order.

Dated: 3-2-2016

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER