1  PHILLIP A. TALBERT
   United States Attorney
2  JOSH F. SIGAL
   NIRAV K. DESAI
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

**FILED**

NOV 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6
7  Attorneys for Plaintiff
   United States of America

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | IN THE MATTER OF THE SEARCH OF | CASE NO. 2:16-SW-0124 EFB
   | Google, Inc., accounts          |
12 |                                 | [PROPOSED] ORDER RE: REQUEST FOR
   |                                 | UNSEALING OF SEARCH WARRANT
13 |                                 | MATERIALS

17     Upon application of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are

19 unsealed.

21  DATED: 11-22-16                      _____
                                         Hon. Deborah Barnes
22                                       United States Magistrate Judge